JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ROLDAN, | Case No. SA CV 14-2047-JAK (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, IRONWOOD STATE PRISON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 1, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE